## BRODBECK v. LAVINO SHIPPING CO.

Circuit Court of Appeals, Third Circuit. March 5, 1929.

No. 3850.

944

Ward C. Henry and Mortimer W. H. Cox, both of Philadelphia, Pa., for appellant.

George G. Parry and Harold C. Roberts, both of Philadelphia, Pa., for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. We agree with the learned District Judge that there is nothing in the evidence to show that the defendant failed to provide the deceased with a safe and proper place to work or to show negligence in operating the winch properly or otherwise.

The decree is affirmed on the opinion of the District Judge refusing to take off nonsuit.

Affirmed.